Joseph R. JOHNSON, Plaintiff–
Appellant,

v.

CIRCUIT CITY STORES, INCORPO-
RATED; First North American Na-
tional Bank, Defendants–Appellees,

In re Joseph R. Johnson, Petitioner.

Nos. 01–1244, 01–6286.

United States Court of Appeals,
Fourth Circuit.

Submitted June 29, 2001.

Decided Sept. 10, 2001.

Joseph R. Johnson, pro se. Waller Tro-
linger Dudley, Robert J. Lloyd, III,
McGuire Woods, L.L.P., McLean, VA, for
appellees.

Before WILKINS, LUTTIG, and
MICHAEL, Circuit Judges.

## OPINION

PER CURIAM.

Joseph Johnson appeals the district
court's orders directing that Johnson's no-
tice of dismissal not be filed in a closed
case and denying his motions to set aside
the judgment and for a hearing on the
matter. Johnson has also filed a petition
for writ of mandamus requesting that this
court direct the district court to file the
notice of dismissal. We have reviewed the
record and the district court's orders and
find no reversible error. We therefore
affirm the orders on the reasoning of the
district court. We deny Johnson's manda-
mus petition because he is not entitled to
the relief he seeks.

The Appellees have filed a motion for
sanctions under Fed. R.App. P. 38. John-
son's filing of this appeal, asking the court
to revisit litigation that was finally decided

on its merits nearly two years ago, is sufficiently abusive to merit granting sanctions in favor of the Appellees. *In re Vincent*, 105 F.3d 943, 945 (4th Cir.1997). Johnson's litigation efforts are obviously misguided and it is clear from the record that he has acted in bad faith. *Chambers v. NASCO*, 501 U.S. 32, 45–46, 111 S.Ct. 2123, 115 L.Ed.2d 27 (1991). At this point, it appears that absent intervention by this court, Johnson will continue to file frivolous appeals.* Johnson has had notice from the court regarding the possibility of Rule 38 sanctions and was afforded reasonable opportunity to respond and he has done so. *See* Fed. R.App. P. 38.

In lieu of particularized fees and costs, we order Johnson to pay sanctions in the amount of $500.00. *See Vincent*, 105 F.3d at 945; *Brock v. Angelone*, 105 F.3d 952, 954 (4th Cir.1997). Additionally, we enjoin Johnson from filing any further civil appeals in this court until the monetary sanctions are paid, and unless a district court judge certifies that his appeal is not frivolous. *See Brock*, 105 F.3d at 954.

We deny Johnson's motion to waive copy requirements. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

*PETITION DENIED.*

---

* Aside from the appeals sub judice, Johnson has filed seven other appeals involving the Appellees, all of which were frivolous. *See*

*Johnson v. Circuit City Stores, Inc.*, Nos. 99–2020, 99–2021, 99–2022, 00–2144, 00–2145, 00–2146, 01–6078.